JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HENDRIX, | Case No. CV 14-0737 FMO (SHx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DISCOUNT GOLD BROKERS, INC., <u>et al.</u>, | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiff's Second Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Default judgment shall be entered in favor of plaintiff Thomas M. Hendrix, and against defendant Discount Gold Brokers, Inc.

2. Discount Gold Brokers, Inc. shall pay plaintiff the amount of $75,677.50 on plaintiff's first cause of action for breach of contract in his First Amended Complaint, plus prejudgment interest thereon at the statutory rate of 10% from February 6, 2013 to July 21, 2014, in the amount of $9,908.94, and costs in the amount of $1,587.21. The total amount of the judgment is $87,173.65.

3. Except as set forth above, all other claims in the First Amended Complaint are dismissed without prejudice.

1    4.   Plaintiff shall serve defendants with a copy of this Order and the Judgment filed contemporaneously herewith in such a manner as to make them operative in any future proceedings.

Dated this 21st day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge